# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:10-CR-00305-LKK |
|     Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | Continuing Sentencing Status Hearing |
| CLINT GREGORY, | ) | |
| | ) | |
|     Defendant. | ) | |

Based on the stipulation by and between Assistant U.S. Attorney Robert Tice-Raskin, Esq. and Donald H. Heller, Esq., Good Cause Appearing, it is here by ordered that the Status Hearing regarding sentencing of the Defendant Clint Gregory be continued to January 10, 2012 at 9:15 AM.

IT IS SO ORDERED.

Dated: August 19, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT