IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:10-CR-00305-LKK |
| Plaintiff, | ) | ORDER |
| vs. | ) | CONTINUING STATUS HEARING REGARDING SENTENCING |
| CLINT GREGORY, Defendant. | ) | |

Based on the stipulation by and between Assistant U.S. Attorney Russell L. Carlberg, Esq. and Donald H. Heller, Esq., Good Cause Appearing, it is here by ordered that the Status Hearing regarding sentencing of the Defendant Clint Gregory be continued to April 17, 2012 at 9:15 AM.

IT IS SO ORDERED.

Dated: January 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT