LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR: Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2-10 – Cr. 0305 LKK |
| Plaintiff, | STIPULATION AND ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE |
| v. | |
| SARA SHIRAZI. | |
| Defendant, | |

It is hereby stipulated and agreed between the parties herein, the United States through RUSSELL CALRBERG, Assistant United States Attorney, and defendant, SARA SHIRAZI, through her attorney, Christopher H. Wing, that the conditions of Defendant's Pre-Trial Release can be temporarily modified to allow Defendant to visit her father in Iran, for three (3) weeks in June of this year; tentatively leaving by June 30, 2012 to return on or before July 21, 2012, assuming flight availability.

To accomplish this, the parties agree that Defendant's attorney can pick up Defendant's passport from the Clerk of the Court upon the order having been issued by the Magistrate Judge. Further, Defendant's attorney will provide Defendant with the information necessary to make reservations for her international flight and, once made, will provide the government with a copy of Defendant's itinerary before giving Defendant her passport.

1

The parties further stipulate that upon Defendant's return to the United States, her passport will be returned to her Counsel and he will surrendered it to the Clerk of the Court no later than July 27th, and the original conditions of release shall be reinstated.

Respectfully Submitted

BENJAMIN B. WAGNER
United States Attorney

DATE: May 29, 2012    By   /s/Christopher H. Wing for
RUSSELL CARLBERG
Assistant U.S. Attorney

DATE: May 29, 2012    /s/ Christopher H. Wing
CHRISTOPHER H. WING
WING & PARISI
Counsel for Sara Shirazi

## ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: Defendant, SARA S SHIRAZI'S conditions of Pre-Trial release shall be modified to allow her to travel to Iran, from June 30, 2012 to return on or before July 21, 2012, or for dates available for that same period of three (3) weeks, and that the Clerk of the Court is instructed to permit her counsel, Christopher H. Wing to retrieve her passport immediately. Counsel will not provide Defendant with the passport until the government has been notified of her itinerary.

FURTHER, that uponDefendant's return to the Eastern District, she will return the passport to her Counsel who, in turn will file it with the Clerk of the Court no later than July 27th, and the original conditions of release shall be re-instated.

Dated: May 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE