**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA 95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**CLINT GREGORY**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>CLINT GREGORY, )<br>    Defendant. )<br>)<br>_____ ) | Case No. 2:10-CR-00305-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING STATUS CONFERENCE FROM JULY 10, 2O12 TO NOVEMBER 6, 2012.** |

IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, S. Robert Tice-Raskin, Assistant United States Attorney, and counsel for defendant, Donald H. Heller, Esq. that the sentencing status conference presently set for July 10, 2012 be continued to November 6, 2012, at 9:15 A.M. The basis for this stipulation is that currently, no trial date has been set in respect the co-defendants pending trial and the next court appearance date for the co-defendants is September 18, 2012. Accordingly, the parties agree that sentencing of the defendant be continued until such time after the cases against the co-defendants for sentencing recommendations by both parties consistent with the filed plea agreement in this

-1-
**STIPULATION AND ORDER**                                                     **Case No. 2:10-CR-00305-LKK**
**TO CONTINUE SENTENCING STATUS CONFERENCE**

matter, Docket No. 18, filed August 31, 2010, pursuant to the defendant's entry of plea of the same date. The control date of November 6, 2012, has been selected so that the parties may by said date be able to realistically proceed with the sentencing process by selection of the dates for the completion of the presentence report, disclosure and objection dates, as well as a judgment and sentencing date.

IT IS SO STIPULATED.

DATED: July 5, 2012

*/s/ S. Robert Tice Raskin*
S. ROBERT TICE-RASKIN
Assistant United States Attorney

DATED: July 5, 2012

*/s/ Donald H. Heller*
DONALD H. HELLER
Counsel for Defendant

## ORDER

Based on the stipulation by and between Assistant U.S. Attorney, S. Robert Tice-Raskin Esq. and Donald H. Heller, Esq. Good Cause Appearing, it is hereby ordered that the Status Hearing regarding sentencing of the Defendant Clint Gregory be continued from July 10, 2012 at 9:15 AM. to November 6, 2012 at 9:15 A.M.

IT IS SO ORDERED.

Dated: July 6, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT