| | |
|---|---|
| 1 | **DONALD H. HELLER, SBN 55717** |
| | **DONALD H. HELLER,** |
| 2 | **A Law Corporation** |
| | **701 University Avenue, Suite 100** |
| 3 | **Sacramento, CA 95825** |
| 4 | **Telephone: (916) 974-3500** |
| | **Facsimile: (916) 520-3497** |
| 5 | |
| 6 | **Attorneys for Defendant** |
| | **Clint Gregory** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:10-CR-00305-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| vs. | ) | **CONTINUE SENTENCING** |
| | ) | |
| CLINT GREGORY, | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby Stipulated and Agreed to by and between Assistant U.S. Attorney Robert Tice-Raskin, Esq. and Donald H. Heller, Esq., that the Status Hearing regarding sentencing of the Defendant Clint Gregory scheduled for February 12, 2013, be continued to June 11, 2013 at 9:15 AM. The defendant is continuing to cooperate with the government and the full extent of the defendant's cooperation will be reported to this Court after the cases against codefendants have been concluded.

//

//

-1-

Dated: February 8, 2013                         */s/ Donald H. Heller*
                                                DONALD H. HELLER
                                                Attorney for Defendant
                                                CLINT GREGORY

Dated: February 6, 2013                         /s/ Robert Tice Raskin
                                                ROBERT TICE RASKIN
                                                Assistant U.S. Attorney

                                    DONALD H. HELLER
                                    A Law Corporation

## ORDER

**Good Cause Appearing,** based on the stipulation of counsel, the defendant Gregory's Sentencing Status hearing is continued to June 11, 2013.

DATED: February 8, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT