**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA 95864**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**Clint Gregory**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>CLINT GREGORY, )<br>Defendant. )<br>) | Case No. 2:10-CR-00305-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

It is hereby Stipulated and Agreed to by and between Assistant U.S. Attorney Phillip A. Ferrari, Esq. and Donald H. Heller, Esq., that the Status Hearing regarding sentencing of the Defendant Clint Gregory scheduled for September 24, 2013013 at 9:15 AM, be continued to March 18, 2014, at 9:15 AM. The defendant is continuing to cooperate with the government and the full extent of the defendant's cooperation will be reported to this Court after the cases against codefendants have been concluded.

//

//

-1-

| | |
|---|---|
| | DONALD H. HELLER
A Law Corporation |
| Dated: September 27, 2013 | */s/ Donald H. Heller*
DONALD H. HELLER
Attorney for Defendant
CLINT GREGORY |
| Dated: September 23, 2013 | /s/ Phillip A. Ferrari
PHILLIP A. FERRARI
Assistant U.S. Attorney |

**ORDER**

**Good Cause Appearing,** based on the stipulation of counsel, the defendant Gregory's Sentencing Status hearing is continued to March 18, 2014, at 9:15 AM.

Dates: September 24, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-
**Stipulation to Continue Sentencing Status**　　　　　　　　　　　**Case No. 2:10-CR-00305-LKK**